UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALAUNDJA FELECIA JOHNSON,

    Plaintiff,

v.                                            Case No. 1:19-cv-1024
                                              Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**JUDGMENT**

In accordance with the Opinion filed this date, the decision of the Commissioner is **AFFIRMED**.

    **IT IS SO ORDERED**.


Dated:  March 22, 2021                        /s/ Ray Kent
                                                RAY KENT
                                                United States Magistrate Judge